December 4, 2012



# JUDGMENT

# The Fourteenth Court of Appeals

THE UNIVERSITY OF TEXAS M.D. ANDERSON CANCER CENTER AND THE
UNIVERSITY OF TEXAS SYSTEM, Appellants

NO. 14-11-01037-CV                    V.

PRESTON BAKER & JENNIFER BAKER, INDIVIDUALLY AND AS NEXT
FRIENDS OF PRESTON BAKER, JR., JESSICA BAKER, CAYLA BAKER AND
CALEB BAKER, Appellees

_____

This cause, an appeal from the order in favor of appellees, Preston Baker & Jennifer Baker, Individually and as Next Friends of Preston Baker, Jr., Jessica Baker, Cayla Baker and Caleb Baker, signed November 16, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the order. We order the trial court's order **AFFIRMED**.

We order appellant, The University of Texas M.D. Anderson Cancer Center, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.